

PHILIP D. MURPHY
*Governor*

TAHESHA WAY
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

November 17, 2023

**Via Electronic Filing (CM/ECF)**
Honorable Elizabeth A. Pascal, U.S.M.J.
U.S. District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re:    <u>Judith Govatos, et al v. Philip Murphy, et al</u>.
                Case No. 1:23-CV-12601-RMB-EAP
                ***Request for 30-Day Extension of Time to Answer***

Dear Judge Pascal:

      This office represents Defendants in the above-referenced matter. Plaintiffs filed their Compliant in this matter on August 29, 2023. (ECF 1). Pursuant to a Waiver of Service executed on September 29, 2023, Defendants have until November 21, 2023 to respond to Plaintiffs' complaint. (ECF 3).

      Due to the substantial press of other work, and the need to give Plaintiffs' claims due attention and consideration, I respectfully request a 30-day extension of time to respond to Plaintiffs' Complaint. With the 30-day extension, the new deadline for Defendants to respond to Plaintiffs' Complaint will be Wednesday, December 21, 2023.  This is Defendants' first extension request.

      Our office has contacted Plaintiffs' counsel to request their consent for this extension request. Plaintiffs' counsel indicated that they were unwilling to consent.



HUGHES  JUSTICE COMPLEX  •  TELEPHONE: (609) 376-2776
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

November 17, 2023<br>Page 2

Thank you for Your Honor's attention to this matter.

    Respectfully submitted,

    MATTHEW J. PLATKIN
    ATTORNEY GENERAL OF NEW JERSEY

  By:  /s/ Francis X. Baker
    Francis X. Baker
    Deputy Attorney General

cc: All counsel of record (via ECF)